FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

MAY 2 2008

JAMES N. HATTEN, Clerk
_____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WENDELL BROWN,<br>    Plaintiff, | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | |
| LT. REYNOLDS,<br>et al.,<br>    Defendants. | CIVIL ACTION NO.<br>1:08-CV-0907-TWT |

## ORDER and OPINION

This matter is before the Court because of Plaintiff's failure to keep the Court informed of his current address as required by Local Rule 41.2. Mail addressed to Plaintiff at the address of record has been returned to this Court as undeliverable. Plaintiff has not notified the Court of his release or whereabouts. Under Local Rule 41.2, "[t]he failure . . . of a party appearing pro se to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal . . . ." As this Court has no information regarding Plaintiff's whereabouts, it is **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED**, this 2 day of May, 2008.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2